Chester Lee **BARNES**, Jr.,
Petitioner-Appellant,

v.

M. Travis **BRAGG**, Warden,
Respondent-Appellee.

No. 16-7263

United States Court of Appeals,
Fourth Circuit.

Submitted: August 3, 2017

Decided: August 25, 2017

Chester Lee Barnes, Jr., Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee Barnes, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.

*Barnes v. Bragg*, No. 8:15-cv-02842-HMH, 2016 WL 4040295 (D.S.C. July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*